UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALLEN E. SIMS,

Plaintiff,

-vs-

Case No. 6:08-cv-261-Orl-18GJK

SMART CITY TELECOMMUNICATIONS, LLC, and SMART CITY HOLDINGS, LLC,

Defendants.

---

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIMS UNDER THE ADEA AND SUPPORTING MEMORANDUM OF LAW (Docket No. 12)** |
| FILED: | **April 4, 2008** |

It is **RECOMMENDED** that the motion be **GRANTED**.

Approved & So Ordered. Π shall have 20 days to amend. 21 Aug 08

G. KENDALL SHARP
U.S. DISTRICT JUDGE

## I. PROCEDURAL BACKGROUND

On February 21, 2008, Plaintiff Allen Sims filed a seven count Complaint against Defendants Smart City Telecommunications, LLC ("SCT") and Smart City Holdings, LLC ("SCH") (herein collectively, the "Defendants"). Doc. No. 1. In his Complaint, Plaintiff states that he was employed by SCT as its Chief Operating Officer from January 2002 until September